UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

KEVIN F. HUDOCK

    Plaintiff

-v-　　　　　　　　　　　　　　　　　CIVIL ACTION NO. 04 CV 12117 GAO

WOODS HOLE OCEANOGRAPHIC
INSTITUTION,

    Defendant.

_____

## CERTIFICATION
### Local Rule 16.1(D)(3)

The undersigned hereby certify that they have conferred with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of the litigation in this matter, and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rules of the United States District Court for the District of Massachusetts.

| Plaintiff's Counsel | Plaintiff |
|---|---|
| /s/ William J. McLeod | /s/ Kevin Hudock |
| William J. McLeod, BBO No. 560572 | Kevin Hudock |
| McLeod & Associates, P.C. | |
| 77 Franklin Street | |
| Boston, MA 02110 | |
| (617) 542-2956 | |
| | |
| DATED: 01-25-05 | DATED: 01-17-05 |