## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

KEVIN F. HUDOCK,

    Plaintiff,

v.

WOODS HOLE OCEANOGRAPHIC INSTITUTION,

    Defendant.

Civil Action No. 04-CV-12117-GAO

## **CORPORATE DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.3(A), Defendant Woods Hole Oceanographic Institution ("WHOI"), by its undersigned counsel, states as follows:

WHOI has no parent corporations and no stock.  No publicly held company has any ownership interest in WHOI.

    **WOODS HOLE OCEANOGRAPHIC INSTITUTION,**

    By its attorneys,

    /s/ Robert M. Hale
    _____
    Robert M. Hale (BBO No. 217170)
    Anne M. Gaeta (BBO No. 643299)
    **Goodwin Procter LLP**
    Exchange Place
    Boston, MA 02109-2881
    (617) 570-1000

Dated: May 10, 2005

LIBB/1303626.1