UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KEVIN F. HUDOCK,<br><br>        Plaintiff,<br><br>    v.<br><br>WOODS HOLE OCEANOGRAPHIC INSTITUTION,<br><br>        Defendant. | Civil Action No. 04-CV-12117-GAO |

**CERTIFICATION OF DEFENDANT
PURSUANT TO LOCAL RULE 16.1(D)**

Pursuant to Local Rule 16.1(D), Defendant Woods Hole Oceanographic Institution and its attorney hereby certify that they have conferred (1) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of this litigation; and (2) to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

| **WOODS HOLE OCEANOGRAPHIC INSTITUTION** | **Attorney for Defendant** |
|---|---|
| /s/ Kathleen P. LaBernz | /s/ Robert M. Hale |
| Kathleen P. LaBernz<br>Authorized Representative<br>**WOODS HOLE OCEANOGRAPHIC<br>   INSTITUTION** | Robert M. Hale (BBO No. 217170)<br>Anne M. Gaeta (BBO No. 643299)<br>**GOODWIN PROCTER LLP**<br>Exchange Place<br>Boston, MA 02109-2881<br>(617) 570-1000 |

Dated: May 10, 2005

LIBB/1303651.1