UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KEVIN F. HUDOCK,

Plaintiff,

v.

WOODS HOLE OCEANOGRAPHIC
INSTITUTION,

Defendant.

Civil Action No. 04-CV-12117-GAO

## STIPULATION OF DISMISSAL

Plaintiff, Kevin F. Hudock, and Defendant, Woods Hole Oceanographic Institution, hereby voluntarily agree and stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), that this action shall be dismissed with prejudice, each party to pay his or its own costs and attorneys' fees, and that all rights of appeal are waived.

KEVIN F. HUDOCK,

By his attorney,

*/s/ William J. McLeod*
William J. McLeod (BBO No. 560572)
McLEOD LAW OFFICES, P.C.
77 Franklin Street
Boston, MA 02110
(617) 542-2956

WOODS HOLE OCEANOGRAPHIC
INSTITUTION,

By its attorneys,

*/s/ Robert M. Hale*
Robert M. Hale (BBO No. 217170)
Anne M. Gaeta (BBO No. 643299)
GOODWIN PROCTER LLP
Exchange Place
Boston, Massachusetts 02109-2881
(617) 570-1000

Dated: Oct. 17, 2005

LIBB/1372517.1